■ PAUL D. DEGENER, Individually and as Parent and Natural Guardian of PAUL D. DEGENER, JR., an Infant, et al., Appellants, v WESTLAWN LANES, INC., Appellant, and ROBERT P. DEBENEDETTI, INC., Doing Business as PVT. BENNY'S, Respondent. (And Four Other Related Actions.) — Appeals from an order and judgment of the Supreme Court at Special Term (Cobb, J.), entered September 3, 1982 in Albany County which granted a motion by defendant Robert P. Debenedetti, Inc., for summary judgment dismissing all claims and cross claims asserted against it. Order and judgment affirmed, with costs, on the opinion of Justice George L. Cobb at Special Term. Kane, J. P., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.